```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA

        - against -                              O R D E R

JUAN CARLOS VARGAS,                            04 Cr. 1350 (NRB)

                Defendant.

------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2014

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The next conference in this case with defendant Vargas, which is currently scheduled for November 5, 2014, at 4:15 pm, is hereby rescheduled for November, 5, 2014, at 2:15 pm.

    IT IS SO ORDERED.

DATED:    New York, New York
            October 28, 2014

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE